Motion Granted; Appeal Dismissed and Memorandum
Opinion filed August 16, 2011.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00897-CV

____________

 

SYNERGY EXPLORATION, L.L.C., Appellant

 

V.

 

URBAN SEISMIC, INC., Appellee

 



 

On Appeal from the 269th District Court

                                                           Harris
County, Texas

Trial Court Cause No. 2008-30873

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed June 9, 2010.  On August 3, 2011,appellant
filed a motion to dismiss the appeal because the case has been settled.  See
Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

Panel consists of Justices Frost, Seymore, and
Jamison.